**Connie J. LAISHLEY, Plaintiff—Appellant,**

v.

**Michael J. ASTRUE, Commissioner of Social Security, Defendant—Appellee.**

No. 07–2128.

United States Court of Appeals, Fourth Circuit.

Submitted: April 30, 2008.

Decided: July 21, 2008.

Connie J. Laishley, Appellant Pro Se. Heather Benderson, Michael McGaughran, Social Security Administration, Philadelphia, Pennsylvania; Kelly Rixner Curry, Assistant United States Attorney, Charleston, West Virginia, for Appellee.

Before MOTZ and TRAXLER, Circuit Judges, and WILKINS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Connie J. Laishley appeals the magistrate judge's order affirming the Commissioner's denial of disability insurance benefits and supplemental security income.*

---

* The parties consented to the jurisdiction of the magistrate judge under 28 U.S.C. § 636(c) (2000).

We must uphold the decision to deny benefits if the decision is supported by substantial evidence and the correct law was applied. *See* 42 U.S.C. § 405(g) (2000); *Craig v. Chater,* 76 F.3d 585, 589 (4th Cir.1996). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. *See Laishley v. Astrue,* No. 3:05–cv–00714 (S.D.W.Va. Sept. 4, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*